AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| POWER ANALYTICS CORPORATION, a Delaware Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> OPERATION TECHNOLOGY, INC. d/b/a ETAP, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-177 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OSISOFT, LLC
C/O REGISTERED AGENT
INCORPORATING SERVICES, LTD.
3500 S DUPONT HWY
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PHILIP A. ROVNER, ESQ. (3215)
POTTER ANDERSON & CORROON LLP
P.O. BOX 951, 1313 N. MARKET STREET
WILMINGTON, DE 19899
(302) 984-6000   provner@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/22/16

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-177

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OSISOFT, LLC
was received by me on *(date)* 3-22-2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Phyllis Brown, who is designated by law to accept service of process on behalf of *(name of organization)* OSISOFT, LLC by serving the registered agent on *(date)* 3-22-16 ; or at 3:20 pm

☐ I returned the summons unexecuted because known as Incorporating Services, Ltd ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-22-16

Server's signature

Printed name and title: Lori Millar / Process Server

Server's address: 1111 B South Governors Ave, Dover, DE 19904

Additional information regarding attempted service, etc: