## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC. d/b/a ETAP, OSISOFT, LLC, and SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | C.A. No. 16-177-GMS |

### SCHNEIDER ELECTRIC USA, INC.'S RULE 12(B)(6) MOTION TO DISMISS

Defendant Schneider Electric USA, Inc. ("Schneider") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing all the Complaint's (D.I. 1) claims against Schneider. The grounds for this Motion are more fully set forth in the Opening Brief in support of this Motion, filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Benjamin J. Bradford<br>Michael G. Babbitt<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350<br>bbradford@jenner.com<br>mbabbitt@jenner.com<br><br>Joshua M. Segal<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001-4412<br>(202) 639-6000<br>jsegal@jenner.com | */s/ Richard K. Herrmann*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Schneider Electric USA, Inc.* |

Dated: May 31, 2016

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION TECHNOLOGY, INC.<br>d/b/a ETAP, OSISOFT, LLC, and<br>SCHNEIDER ELECTRIC USA, INC.,<br><br>Defendants. | C.A. No. 16-177-GMS |

**ORDER**

IT IS HEREBY ORDERED, that Defendant Schneider Electric USA, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in the above-captioned action is GRANTED. Power Analytics Corporation's claims against Defendant Schneider Electric USA, Inc. are HEREBY DISMISSED WITH PREJUDICE.

**SO ORDERED** this _____ day of _____, 2016.

_____
United States District Court Judge