IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER ANALYTICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 16-177-GMS |
| | ) |
| OPERATION TECHNOLOGY, INC. d/b/a ETAP; OSISOFT LLC; and SCHNEIFER ELECTRIC USA, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANT OPERATION TECHNOLOGY, INC. d/b/a/ ETAP's**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Operation Technology, Inc. d/b/a/ ETAP states that there are no parent corporations or publicly held companies owning 10% or more of Operation Technology, Inc.'s stock.

|  |  |
|---|---|
|  | */ s/ Nathan R. Hoeschen* |
|  | John W. Shaw (No. 3362) |
| OF COUNSEL: | Jeffrey T. Castellano (No. 4837) |
| Klaus H. Hamm | Andrew E. Russell (No. 5382) |
| Salumeh R. Loesch | Nathan R. Hoeschen (No. 6232) |
| KLARQUIST SPARKMAN, LLP | SHAW KELLER LLP |
| One World Trade Center | 300 Delaware Avenue, Suite 1120 |
| 121 SW Salmon Street, Suite 1600 | Wilmington, DE 19801 |
| Portland, OR 97204 | (302) 298-0700 |
| (503) 595-5300 | jshaw@shawkeller.com |
|  | jcastellano@shawkeller.com |
| David W. Kesselman | arussell@shawkeller.com |
| Trevor V. Stockinger | nhoeschen@shawkeller.com |
| KESSELMAN BRANTLY STOCKINGER LLP | *Attorneys for Defendant Operation* |
| 1230 Rosecrans Avenue, Suite 690 | *Technology, Inc. d/b/a ETAP* |
| Manhattan Beach, CA 90266 |  |
| (310) 307-4555 |  |

Dated: June 2, 2016