# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>OPERATION TECHNOLOGY, INC.<br>d/b/a ETAP, OSISOFT, LLC, and<br>SCHNEIDER ELECTRIC USA, INC.,<br><br>                Defendants. | C.A. No. 16-177-GMS |

## SCHNEIDER ELECTRIC USA, INC.'S SECOND RULE 12(B)(6) MOTION TO DISMISS

Defendant Schneider Electric USA, Inc. ("Schneider") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing all of the First Amended Complaint's claims against Schneider, except those in Counts I-IV. The grounds for this Motion are more fully set forth in the Opening Brief in support of this Motion, filed contemporaneously herewith.

OF COUNSEL:

Terrence J. Truax
Benjamin J. Bradford
Michael G. Babbitt
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
ttruax@jenner.com
bbradford@jenner.com
mbabbitt@jenner.com

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant
Schneider Electric USA, Inc.*

Joshua M. Segal
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
(202) 639-6000
jsegal@jenner.com

Dated: July 22, 2016

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| POWER ANALYTICS CORPORATION,<br><br>                      Plaintiff,<br><br>             v.<br><br>OPERATION TECHNOLOGY, INC.<br>d/b/a ETAP, OSISOFT, LLC, and<br>SCHNEIDER ELECTRIC USA, INC.,<br><br>                      Defendants. | C.A. No. 16-177-GMS |

## ORDER

IT IS HEREBY ORDERED, that Defendant Schneider Electric USA, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in the above-captioned action is GRANTED. The First Amended Complaint's claims against Defendant Schneider Electric USA, Inc., except those in Counts I-IV, are HEREBY DISMISSED WITH PREJUDICE.

SO ORDERED this _____ day of _____, 2016.

                                                                                    _____
                                                                                    Gregory M. Sleet, J.